UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

THE INDEPENDENCE PROJECT, INC.,
A New Jersey Non-Profit Corporation

    Plaintiff,

vs.

TD BANK, N.A.,

    Defendant.

Case No. 1:15-cv-07000-JBS-KMW

## STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice and without costs, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

_____
Asaad K. Siddiqi, Esq.
McCusker, Anselmi, Rosen & Carvelli, PC
210 Park Avenue, Suite 301
Florham Park, NJ   07932
Telephone: (973) 635-6300
Facsimile: (973) 635-6363
asiddiqi@marc.law
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL   33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

Date: 2/21/17

2861371.v1

/s/ Susan M. Leming
Susan M. Leming, Esq.
Stephen J. DeFeo, Esq.
Brown & Connery, LLP
360 Haddon Ave. PO Box 539
Westmont, NJ 08108
Telephone: (856) 854-8900
Facsimile: (856) 858-4967
sleming@brownconnery.com
sdefeo@brownconnery.com
*Attorneys for Defendant*

Date: 2/21/17