UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

THE INDEPENDENCE PROJECT, INC.,
A New Jersey Non-Profit Corporation

    Plaintiff,

vs.                                            Case No. 1:15-cv-07000-JBS-KMW

TD BANK, N.A.,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff, and the Defendant, be and the same is hereby approved;

2. The above case is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the matter solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED this 27th day of March, 2017.

                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record

2861371.v1